UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO. 1:21-CV-697

| | |
|---|---|
| NICOLE BURGUENO, administrator of the Estate of BRETT BURGUENO, and SHANNON BUTLER, administrator of the Estate of CURTIS BUTLER<br>v.<br>INDUSTRIAL SERVICES GROUP, INC., d/b/a UNIVERSAL BLASTCO, and BLUE RIDGE PAPER PRODUCTS, LLC D/B/A EVERGREEN PACKAGING | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the plaintiffs Nicole Burgueno, administrator of the Estate of Brett Burgueno, and Shannon Butler, administrator of the Estate of Curtis Butler, hereby give notice that the above captioned action is voluntarily dismissed without prejudice.

This the 9th day of September, 2022.

/s/Jeffrey L. Oakes
Jeffrey L. Oakes (N.C. Bar No. 24448)
Paul D. Hesse (by special appearance)
Brice Jones and Associates, LLC
61025 Highway 1091
Slidell, Louisiana 70458
Tel: (985) 643-2413
jeffrey@bricejoneslaw.net

and

1

Joseph F. Gaar, Jr. (by special appearance)
Law Office of Joseph F. Gaar, Jr., APLC
114 Representative Row
Lafayette, La 70508
Tel: 337-233-3185
joseph@gaarlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this Notice was served upon counsel for all parties in the above-entitled action via CM/ECF filing.

This the 9th day of September, 2022.

/s/Jeffrey L. Oakes
Jeffrey L. Oakes (N.C. Bar No. 24448)
Brice Jones and Associates, LLC
61025 Highway 1091
Slidell, Louisiana 70458
Tel: (985) 643-2413
jeffrey@bricejoneslaw.net